UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIANNA FELIX GAMBOA, et al., | Case No. 24-cv-01270-EKL |
| Plaintiffs, | |
| v. | **ORDER SETTING CASE MANAGEMENT DEADLINES** |
| APPLE INC., | Re: Dkt. No. 29 |
| Defendant. | |

On September 13, 2024, the parties filed a Stipulation and Proposed Order to stay the deadline to file a case management statement.  ECF No. 29.[1]  The Court ORDERS as follows:

(1)     By November 1, 2024, the parties shall submit a stipulated protective order and ESI protocol.  The Court strongly encourages the parties to base their proposals on the models available on the Northern District of California's website.

(2)     On December 11, 2024, at 10:00 a.m., the Court will hear argument on Apple's Motion to Dismiss the Amended Complaint, ECF No. 27, in Courtroom 7.

(3)     By January 8, 2025, the parties shall: (a) meet and confer regarding initial disclosures, early settlement, ADR process selection, and a discovery plan, *see* Fed. R. Civ. P. 26(f); and (b) file ADR Certifications, *see* ADR Local Rule 3-5(b).

(4)     By January 22, 2025, the parties shall make initial disclosures and file a joint case management statement.

(5)     On February 5, 2025, at 1:30 p.m., the parties shall appear via Zoom for a case management conference.

---

[1] Future requests for a continuance must be filed no later than three (3) court days prior to the deadline at issue as required by Section V of this Court's Standing Order for Civil Cases.

1    **IT IS SO ORDERED.**

2    Dated: September 17, 2024

3

4    _____

5    Eumi K. Lee
     United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California