UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIANNA FELIX GAMBOA, et al.,<br><br>                    Plaintiffs,<br><br>         v.<br><br>APPLE INC.,<br><br>                    Defendant. | Case No.  24-cv-01270-EKL<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR DISCOVERY** |

Pursuant to Civil Local Rule 72-1, discovery disputes and all further discovery in this case are referred for random assignment to a United States Magistrate Judge.

The Magistrate Judge to whom the matter is assigned will advise the parties of how that Judge intends to proceed.  The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing.  After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures and standing orders.

**IT IS SO ORDERED.**

Dated: November 14, 2024

_____
EUMI K. LEE
United States District Judge

*Rev. 3-20*