United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIANNA FELIX GAMBOA, et al., <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>APPLE INC., <br><br>　　　　Defendant. | Case No. 24-cv-01270-EKL <br><br> **ORDER REFERRING CASE FOR DISCOVERY** |

IT IS ORDERED that this case has been assigned using a proportionate, random and blind system pursuant to General Order No. 44 to the Honorable Virginia K. DeMarchi in the San Jose division for Discovery purposes only.

Dated: November 18, 2024

　　　　　　　　　　　　　　　　　　　　　　　Mark B. Busby
　　　　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court