UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JULIANNA FELIX GAMBOA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Case No.  24-cv-01270-EKL (VKD) <br><br> **INTERIM ORDER RE ESI STIPULATION** <br><br> Re: Dkt. No. 34 |

The Court has reviewed the parties' ESI stipulation and proposed order and questions whether the reference in section 2 to "individual custodians who are knowledgeable about and were involved with the core issues or subjects in this case (e.g., *the asserted patents, the development, design and operation of the accused products, and sales, marketing and other damages-related information for the accused products*)" is included in error, as this case does not involve patents or accused products.  The parties may respond to this order by filing an amended ESI stipulation and proposed order by **November 27, 2024**, or by confirming that they wish to include the text quoted above.

**IT IS SO ORDERED.**

Dated: November 22, 2024

Virginia K. DeMarchi
United States Magistrate Judge