| | |
|---|---|
| 1 | Ben M. Harrington (SBN 313877) |
| 2 | Benjamin J. Siegel (SBN 256260) |
| | **HAGENS BERMAN SOBOL SHAPIRO LLP** |
| 3 | 715 Hearst Avenue, Suite 202 |
| | Berkeley, CA 94710 |
| 4 | Telephone: (510) 725-3000 |
| | Facsimile: (510) 725-3001 |
| 5 | benh@hbsslaw.com |
| 6 | bens@hbsslaw.com |
| 7 | *Attorneys for Plaintiff and the Proposed Class* |
| | *[Additional counsel on signature page]* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| JULIANNA FELIX GAMBOA and THOMAS DOROBIALA, individually and behalf of all others similarly situated, | Case No. 5:24-cv-01270-EKL |
| Plaintiff, | **ADR CERTIFICATION BY PARTIES AND COUNSEL** |
| v. | |
| APPLE INC., a California corporation, | |
| Defendant. | |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

    (1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr);

    (2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and

    (3) Considered whether this case might benefit from any of the available dispute resolution options.

DATE: January 8, 2025    Signed: */s/ Julianna Felix Gamboa*
    Julianna Felix Gamboa, Plaintiff

DATE: January 8, 2025    Signed: */s/ Thomas Dorobiala*
    Thomas Dorobiala, Plaintiff

DATE: January 8, 2025    Signed: */s/ Ben M. Harrington*
    Ben M. Harrington, attorney

DATE: January 8, 2025    Signed: */s/ Benjamin J. Siegel*
    Benjamin J. Siegel, attorney

DATE: January 8, 2025    Signed: */s/ Mark Vazquez*
    Mark Vazquez, attorney

\*   \*   \*

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☐ intend to stipulate to an ADR process
☒ prefer to discuss ADR selection with the Assigned Judge at the case management conference

DATED: January 8, 2025    Respectfully submitted,

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By */s/ Ben M. Harrington*
    Ben M. Harrington (SBN 313877)

Ben M. Harrington (SBN 313877)
Benjamin J. Siegel (SBN 256260)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Facsimile: (510) 725-3001
benh@hbsslaw.com
bens@hbsslaw.com

Mark Vazquez (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4962
Facsimile: (708) 628-4950
markv@hbsslaw.com

*Attorneys for Plaintiffs and the Proposed Class*

## **ATTESTATION**

I, Ben M. Harrington, am the ECF user whose identification and password are being used to file the foregoing document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

DATED: January 8, 2025

*/s/ Ben M. Harrington*
BEN M. HARRINGTON

*Attorney for Plaintiffs*