| | |
|---|---|
| Ben M. Harrington (SBN 313877) | Belinda S Lee (SBN 199635) |
| Benjamin J. Siegel (SBN 256260) | Sarah M. Ray (SBN 229670) |
| HAGENS BERMAN SOBOL SHAPIRO LLP | Aaron T. Chiu (SBN 287788) |
| 715 Hearst Avenue, Suite 202 | Alicia R. Jovais (SBN 296172) |
| Berkeley, CA 94710 | LATHAM & WATKINS LLP |
| Telephone: (510) 725-3000 | 505 Montgomery Street, Suite 2000 |
| Facsimile: (510) 725-3001 | San Francisco, CA 94111 |
| benh@hbsslaw.com | Telephone: (415) 391-0600 |
| bens@hbsslaw.com | belinda.lee@lw.com |
| | sarah.ray@lw.com |
| *Attorneys for Plaintiff and the Proposed Class* | aaron.chiu@lw.com |
| *[Additional counsel on signature page]* | alicia.jovais@lw.com |
| | |
| | *Attorneys for Defendant Apple Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JULIANNA FELIX GAMBOA and THOMAS DOROBIALA, individually and behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | Case No. 5:24-cv-01270-EKL<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY DEADLINE FOR INITIAL DISCLOSURES AND JOINT CASE MANAGEMENT STATEMENT AND TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Judge: The Honorable Eumi K. Lee |

Pursuant to Civil Local Rule 6-2, Plaintiffs Julianna Felix Gamboa and Thomas Dorobiala ("Plaintiffs") and Defendant Apple Inc. ("Apple") (collectively, the "Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

WHEREAS, the Parties filed a joint stipulation on September 13, 2024 to stay the deadline for the Parties to file a Joint Case Management Statement pending the Court's resolution of Apple's Motion to Dismiss (ECF No. 29);

WHEREAS, on September 17, 2024, this Court issued an order setting case management deadlines and ordering the Parties to make initial disclosures and file a joint case management statement by January 22, 2025 (ECF No. 30) ("Order");

1  WHEREAS, this Court's Order also set a Case Management Conference for February 5, 2025
2  (ECF No. 30);
3  WHEREAS, on December 11, 2024, this Court heard oral argument regarding Apple's Motion
4  to Dismiss, and a written order is forthcoming (ECF No. 45);
5  WHEREAS, after meeting and conferring, the Parties have stipulated and agreed, for the
6  reasons stated in the accompanying Declaration of Aaron T. Chiu, that staying the deadline for the
7  Parties to make initial disclosures and file a Joint Case Management Statement by January 22, 2025
8  pending the Court's resolution of Apple's Motion to Dismiss would preserve this Court's resources
9  and the Parties' time and costs;
10 WHEREAS, this stay will not impact any other deadlines or the schedule for this case;
11 THEREFORE, the Parties, through their respective counsel, HEREBY STIPULATE AND
12 JOINTLY REQUEST that the Court enter the accompanying Proposed Order:

1. staying the January 22, 2025 deadline for the Parties to make initial disclosures and file a Joint Case Management Statement pending the Court's resolution of Apple's Motion to Dismiss;
2. continuing the February 5, 2025 Case Management Conference pending the resolution of Apple's Motion to Dismiss; and
3. in the event the Court denies, in whole or in part, Apple's Motion to Dismiss, requiring the Parties to jointly propose to the Court, by no later than seven (7) days following entry by this Court of such an order, a further schedule for the Initial Case Management Conference and Joint Case Management Statement.

IT IS FURTHER STIPULATED AND AGREED that the Parties enter this Stipulation in good faith and not for the purposes of delay or with the intent to waive any of the substantive or procedural rights of the Parties.

| | | |
|---|---|---|
| 1 | DATED: January 10, 2025 | Respectfully submitted, |
| 2 | | LATHAM & WATKINS LLP |
| 3 | | By /s/ Aaron T. Chiu |
| | | Aaron T. Chiu (SBN 287788) |

Belinda S Lee (SBN 199635)
Sarah M. Ray (SBN 229670)
Aaron T. Chiu (SBN 287788)
Alicia R. Jovais (SBN 296172)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
belinda.lee@lw.com
sarah.ray@lw.com
aaron.chiu@lw.com
alicia.jovais@lw.com

*Attorneys for Defendant Apple Inc.*

DATED: January 10, 2025          Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By /s/ Ben M. Harrington
    Ben M. Harrington (SBN 313877)

Ben M. Harrington (SBN 313877)
Benjamin J. Siegel (SBN 256260)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
benh@hbsslaw.com
bens@hbsslaw.com

Steve. W. Berman (*pro hac vice*)
Robert F. Lopez (*pro hac vice*)
Catherine Y. N. Gannon (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
robl@hbsslaw.com
catherineg@hbsslaw.com

*Attorneys for Plaintiffs and the Proposed Class*

## SIGNATURE ATTESTATION

I, Aaron T. Chiu, am the CM/ECF user whose ID and password are being used to file the Parties' Stipulation and [Proposed] Order to Stay Deadline to File Joint Case Management Statement and to Continue Case Management Conference. In compliance with Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

DATED: January 10, 2025                    LATHAM & WATKINS LLP

                                           By /s/ Aaron T. Chiu
                                               Aaron T. Chiu

**[PROPOSED] ORDER**

Having considered the Parties' stipulation, IT IS HEREBY ORDERED THAT:

1. The deadline for the Parties to make initial disclosures and file an Initial Case Management Statement by January 22, 2025 is stayed pending the Court's resolution of Apple's Motion to Dismiss.

2. The Case Management Conference set for February 5, 2025 is continued pending the resolution of Apple's Motion to Dismiss; and

3. In the event the Court denies, in whole or in part, Apple's Motion to Dismiss, the Parties shall jointly propose to the Court, by no later than seven (7) days following entry by this Court of such an order, a further schedule for the Initial Case Management Conference and Joint Case Management Statement.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

**DENIED**

*[Signature]*
Judge Eumi K. Lee
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DATED: January 13, 2025

THE HONORABLE
United States District