United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIANNA FELIX GAMBOA, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>APPLE INC.,<br><br>　　　　Defendant. | Case No. 24-cv-01270-EKL<br><br>**CASE MANAGEMENT & SCHEDULING ORDER** |

On February 5, 2025, the parties appeared before Judge Eumi K. Lee for a case management conference. The Court ORDERS as follows:

(1) The parties shall comply with this Court's standing orders, which are available on the Court's website and in the Clerk's Office.

(2) The presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case unless otherwise ordered by the Court.

(3) All disputes with respect to disclosures or discovery are referred to the assigned Magistrate Judge.

(4) The close of fact discovery is the date by which all discovery must be completed, including motions to compel, hearings on discovery motions, and any additional discovery resulting from orders on discovery motions. Accordingly, all discovery requests shall be served sufficiently in advance of the close of fact discovery to allow the discovering party enough time prior to the cut-off date to challenge allegedly deficient responses via motion to compel and to receive the necessary responses if the motion is granted. Depositions must be noticed at least 30 days prior to the close of fact discovery.

1
2
3
4

   (5) A further case management conference is scheduled for July 30, 2025, at 1:30 p.m. via Zoom video. An updated joint case management conference statement is due fourteen days before the case management conference. The statement need not repeat the information in previous statements.

  IT IS FURTHER ORDERED that this case is referred to private mediation, unless the parties stipulate to an alternative ADR process. By January 14, 2026, the parties shall hold an initial ADR session with their chosen mediator. Within seven days after the initial ADR session, the parties shall file a joint status report identifying the parties' mediator and confirming that the initial ADR session was completed. The status report shall state the outcome of the session and the parties' proposals for further ADR efforts if the initial ADR session was unsuccessful.

  IT IS FURTHER ORDERED that the stay of discovery, *see* ECF No. 21, shall be automatically lifted upon Plaintiffs' filing of the second amended complaint on March 21, 2025.

  IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this case:

| Event | Deadline |
| --- | --- |
| Initial case management conference held | February 5, 2025 |
| Deadline to amend pleadings or add parties (without leave of court) | March 21, 2025 |
| Deadline for Apple's response to the second amended complaint | 21 days after the second amended complaint is filed |
| Further case management conference | July 30, 2025 |
| Substantial completion of document and data production | December 16, 2025 |
| Deadline to complete initial ADR session | January 14, 2026 |
| Class certification motion and supporting expert report(s) due | February 11, 2026 |
| Opposition to class certification and supporting expert report(s) due | April 8, 2026 |
| Reply in support of class certification and rebuttal expert report(s) due | May 20, 2026 |
| Class certification hearing | June 17, 2026 |

| Event | Deadline |
|---|---|
| Close of fact discovery | July 15, 2026 |

The parties may not modify these dates by stipulation without leave of court.  Civil L.R. 6-1(b).

**IT IS SO ORDERED.**

Dated: February 28, 2025

_____
Eumi K. Lee
United States District Judge