LATHAM & WATKINS LLP
  Belinda S Lee (SBN 199635)
   belinda.lee@lw.com
  Sarah M. Ray (SBN 229670)
   sarah.ray@lw.com
  Aaron T. Chiu (SBN 287788)
   aaron.chiu@lw.com
  Alicia R. Jovais (SBN 296172)
   alicia.jovais@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600

*Attorneys for Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JULIANNA FELIX GAMBOA and THOMAS DOROBIALA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | CASE NO. 5:24-cv-01270-EKL<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING
APPLE INC.'S MOT. TO DISMISS
CASE NO. 5:24-cv-01270-EKL

Defendant Apple Inc.'s Motion to Dismiss Plaintiffs' Second Amended Class Action Complaint came before this Court for hearing on June 18, 2025. All parties were represented by counsel as noted on the record.

Having considered the briefs, supporting documents, and arguments of the parties, and finding good cause therefore, **IT IS HEREBY ORDERED** that, for the reasons stated in Defendant's Memorandum of Points and Authorities filed in support of this Motion, Plaintiffs Julianna Felix Gamboa and Thomas Dorobiala's Second Amended Class Action Complaint is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**

DATED: _____  _____
Hon. Eumi K. Lee
United States District Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

[PROPOSED] ORDER GRANTING
APPLE INC.'S MOT. TO DISMISS
CASE NO. 5:24-cv-01270-EKL