Ben M. Harrington (SBN 313877)
Benjamin J. Siegel (SBN 256260)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
benh@hbsslaw.com
bens@hbsslaw.com

*Attorneys for Plaintiffs and the Proposed Class*
*[Additional counsel on signature page]*

Belinda S Lee (SBN 199635)
Sarah M. Ray (SBN 229670)
Aaron T. Chiu (SBN 287788)
Alicia R. Jovais (SBN 296172)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
belinda.lee@lw.com
sarah.ray@lw.com
aaron.chiu@lw.com
alicia.jovais@lw.com

*Attorneys for Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JULIANNA FELIX GAMBOA and THOMAS DOROBIALA, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

APPLE INC.

Defendant.

CASE NO. 5:24-cv-01270-EKL

**STIPULATION AND [~~PROPOSED~~] ORDER FOR EXTENSION OF TIME FOR DEFENDANT APPLE INC. TO ANSWER THE SECOND AMENDED COMPLAINT**

Judge: The Honorable Eumi K. Lee

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION FOR EXTENSION OF TIME
TO ANSWER SECOND AMENDED COMPLAINT
CASE NO. 5:24-cv-01270-EKL

Plaintiffs Julianna Felix Gamboa and Thomas Dorobiala ("Plaintiffs") and Defendant Apple Inc. ("Apple"), by and through their respective attorneys of record herein and without waiving any rights, claims, or defenses they have in this action, enter into this Stipulation pursuant to Civil Local Rule 6-2, with reference to the following circumstances:

WHEREAS, Plaintiffs filed their Second Amended Class Action Complaint ("Second Amended Complaint") on March 21, 2025 (ECF No. 64);

WHEREAS, Apple filed a motion to dismiss the Second Amended Complaint on April 11, 2025 (ECF No. 66);

WHEREAS, on June 16, 2025, the Court issued an Order denying Apple's motion to dismiss the Second Amended Complaint, and set a deadline for Apple to file an answer to the Second Amended Complaint within 21 days of the Order (ECF No. 70);

WHEREAS, absent an extension, Apple's deadline to answer the Second Amended Complaint is July 7, 2025;

WHEREAS, in light of the current deadline falling on the Monday after the Fourth of July holiday, and given vacation schedules and the length of the Second Amended Complaint, Apple needs additional time to prepare its answer;

WHEREAS, the Parties have met and conferred, and Plaintiffs have agreed to extend Apple's deadline to answer the Second Amended Complaint to July 21, 2025;

WHEREAS, such an extension will not alter any other event or deadline already fixed by Court order and will not delay or otherwise impact the Parties' active engagement in discovery;

WHEREAS, the case schedule in this matter has been previously modified by an order extending the Parties' pleading deadlines (ECF No. 17); an order continuing the Parties' case management conference (ECF No. 21); an order modifying the deadlines for Plaintiffs' Amended Complaint and Apple's responses thereto (ECF No. 23); an order to extend the Parties' deadline to submit a stipulated protective order and ESI protocol (ECF No. 33); and this Court's Case Management and Scheduling Order (ECF No. 63);

THEREFORE, the Parties, through their counsel, hereby stipulate that Apple shall answer the Second Amended Complaint on or before July 21, 2025.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIPULATION FOR EXTENSION OF TIME
TO ANSWER SECOND AMENDED COMPLAINT
CASE NO. 5:24-cv-01270-EKL

**IT IS SO STIPULATED.**

Dated: July 1, 2025

LATHAM & WATKINS LLP
By: */s/ Alicia R. Jovais*
Alicia R. Jovais

Belinda S Lee (Cal. Bar No. 199635)
*belinda.lee@lw.com*
Sarah M. Ray (Cal. Bar No. 229670)
*sarah.ray@lw.com*
Aaron T. Chiu (Cal. Bar No. 287788)
*aaron.chiu@lw.com*
Alicia R. Jovais (Cal. Bar No. 296172)
*alicia.jovais@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600

*Attorneys for Defendant Apple Inc.*

Dated: July 1, 2025

HAGENS BERMAN SOBOL SHAPIRO LLP
By */s/ Ben M. Harrington*
Ben M. Harrington (SBN 313877)

Ben M. Harrington (SBN 313877)
Benjamin J. Siegel (SBN 256260)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
benh@hbsslaw.com
bens@hbsslaw.com

Steve. W. Berman (*pro hac vice*)
Robert F. Lopez (*pro hac vice*)
Catherine Y. N. Gannon (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
robl@hbsslaw.com
catherineg@hbsslaw.com

*Attorneys for Plaintiffs and the Proposed Class*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION FOR EXTENSION OF TIME
TO ANSWER SECOND AMENDED COMPLAINT
CASE NO. 5:24-cv-01270-EKL

## ATTESTATION

I, Alicia R. Jovais, am the CM/ECF user whose ID and password are being used to file the Parties' Stipulation and [Proposed] Order for Extension of Time for Defendant Apple Inc. to Answer the Second Amended Complaint. In compliance with Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: July 1, 2025

*/s/ Alicia R. Jovais*

Alicia R. Jovais

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIPULATION FOR EXTENSION OF TIME
TO ANSWER SECOND AMENDED COMPLAINT
CASE NO. 5:24-cv-01270-EKL

**~~[PROPOSED]~~ ORDER**

Having considered the Parties' stipulation, IT IS HEREBY ORDERED THAT the deadline for Apple to answer Plaintiffs' Second Amended Complaint is extended to July 21, 2025.

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: July 1, 2025

THE HONORABLE EUMI K. LEE
United States District Judge

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

STIPULATION FOR EXTENSION OF TIME
TO ANSWER SECOND AMENDED COMPLAINT
CASE NO. 5:24-cv-01270-EKL