1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| JULIANNA FELIX GAMBOA and THOMAS DOROBIALA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | CASE NO. 5:24-cv-01270-EKL (VKD)<br><br>[PROPOSED] ORDER MODIFYING CASE SCHEDULE<br><br>**AS MODIFIED** |

Upon consideration of the Parties' Joint Administrative Motion to Modify Case Schedule, where both parties offered alternative schedules for briefing, the Court is of the opinion that [Plaintiffs'] [Apple's] proposed schedule should be **GRANTED**. It is hereby **ORDERED** that the below briefing schedule and deadlines apply:

| Event | Current Deadline (ECF No. 63) | Plaintiffs' Proposed Dates | Apple's Proposed Dates | New Deadline |
|---|---|---|---|---|
| Apple's SOL MSJ | | August 5, 2026 | | August 5, 2026 |
| Plaintiffs' Opposition to Apple's SOL MSJ | | September 2, 2026 | | September 2, 2026 |
| Apple's Reply in support of SOL MSJ | | September 23, 2026 | | September 23, 2026 |
| Plaintiffs' Class Certification Mot. and Supporting Expert Report(s) | February 11, 2026 | 90 days after order on Apple's SOL MSJ if denied | 2 weeks after order on Apple's SOL MSJ if denied | 4 weeks after order on Apple's SOL MSJ, if denied |
| Apple's Opposition to Plaintiffs' Class Certification Mot. and Supporting Expert Report(s) and any Motions to Exclude Plaintiffs' Supporting Expert Testimony | April 8, 2026 | 8 weeks after the deadline for Plaintiffs' Class Certification Mot. and Supporting Expert Report(s) | | Approved |
| Plaintiffs' Reply in Support of Class Certification Mot. and Rebuttal Expert Report(s) | May 20, 2026 | 6 weeks after the deadline for Apple's Opposition to Plaintiffs' Class Certification Mot. and Supporting Expert Report(s) | | Approved |
| Class Certification Hearing | June 17, 2026 | 4 weeks after Plaintiffs' Reply in Support of Class Certification Mot. and Rebuttal Expert Report(s) | | Approved |

**IT IS SO ORDERED**.

IT IS FURTHER ORDERED:  The hearing on Apple's SOL MSJ is set for 10/21/2026 at 10am.

DATED: October 22, 2025

Hon. Eumi K. Lee
United States District Judge