Ben M. Harrington (SBN 313877)
Benjamin J. Siegel (SBN 256260)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
benh@hbsslaw.com
bens@hbsslaw.com

*Attorneys for Plaintiffs and the Proposed Class*

*[Additional counsel on signature page]*

Belinda S Lee (SBN 199635)
Sarah M. Ray (SBN 229670)
Aaron T. Chiu (SBN 287788)
Alicia R. Jovais (SBN 296172)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
belinda.lee@lw.com
sarah.ray@lw.com
aaron.chiu@lw.com
alicia.jovais@lw.com

*Attorneys for Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JULIANNA FELIX GAMBOA and THOMAS DOROBIALA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.<br><br>Defendant. | CASE NO. 5:24-cv-01270-EKL (VKD)<br><br>**SECOND STIPULATION AND [PROPOSED] ORDER TO AMEND CASE SCHEDULE**<br><br>Judge: The Honorable Eumi K. Lee<br><br>**\*\*AS MODIFIED\*\*** |

SECOND STIPULATION AND [PROPOSED] ORDER
TO AMEND CASE SCHEDULE
CASE NO. 5:24-cv-01270-EKL (VKD)

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    Plaintiffs Julianna Felix Gamboa and Thomas Dorobiala ("Plaintiffs") and Defendant

2  Apple Inc. ("Apple") (together, the "Parties"), by and through their respective attorneys of record

3  herein and without waiving any rights, claims, or defenses they have in this action, enter into this

4  Stipulation pursuant to Civil Local Rule 6-2.

5    **In support of this Stipulation, Apple states as follows:**

6    The Court entered a case schedule on February 28, 2025, which set December 16, 2025 as

7  the deadline for substantial completion of document and data production (ECF No. 63);

8    On April 6, 2025, Plaintiffs served their First Set of Requests for Production on Apple

9  ("First RFPs");

10    On May 8, 2025, Apple served responses and objections to the First RFPs;

11    On May 29, 2025, Apple provided an initial list of seven document custodians;

12    On July 1, 2025, Apple sent Plaintiffs proposed search terms for the First RFPs and

13  provided corresponding search term hit reports;

14    On July 18, 2025, Plaintiffs requested that Apple expand the search terms that Apple

15  proposed on July 1, 2025;

16    On July 29, 2025, Apple sent Plaintiffs search term hit reports for the expanded search

17  terms Plaintiffs requested on July 18, 2025 and agreed to run those terms without modification and

18  to produce any responsive, non-privileged documents hitting on those terms;

19    On August 20, 2025, following discussions with Plaintiffs, Apple added an additional

20  custodian whose files would cover documents from 2010-present, with particular focus on the

21  2010-2011 time period;

22    On September 22, 2025, Apple agreed to add another additional custodian whose files

23  would also cover documents from 2010-present, with particular focus on the 2010-2011 time

24  period;

25    On September 29, 2025, Apple began its review of the documents from the nine agreed-

26  upon Apple custodians using Plaintiffs' July 18, 2025 expanded search terms;

27    On October 17, 2025, Plaintiffs proposed further expansions to the search terms that Apple

28  was using in its ongoing review;

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

SECOND STIPULATION AND [PROPOSED] ORDER
TO AMEND CASE SCHEDULE
CASE NO. 5:24-cv-01270-EKL (VKD)

1    On October 22, 2025, Apple sent Plaintiffs search term hit reports for Plaintiffs' further

2    expanded search terms proposed on October 17, 2025 and Apple again agreed, without

3    modification, to run those further expanded terms and to produce any responsive, non-privileged

4    documents hitting on those terms;

5    Having worked in good faith to progress discovery, Apple has made multiple productions,

6    including on November 4, 2025 and November 25, 2025, and has produced over 25,000

7    documents, totaling over 119,000 pages, to date;

8    Apple continues to make rolling productions of documents, and currently expects to

9    substantially complete production of email and calendar files from the initial seven agreed-upon

10    set of custodians by the current deadline of December 16, 2025;

11    The volume of non-email and non-calendar documents (*e.g.*, centrally stored files, non-

12    email messages, etc.) hitting on Plaintiffs' further expanded search terms—in particular from the

13    files of the custodians added in August and September 2025—is significantly larger than Apple

14    anticipated;

15    Despite their efforts to reach compromise, the Parties have reached impasse on certain

16    disputes regarding the scope of Apple's document productions (including as to custodians and

17    search terms), and this dispute is currently pending before Magistrate Judge DeMarchi (ECF No.

18    83);

19    The data Plaintiffs have requested—in particular, the "transactional-level DATA for paid

20    iCloud subscriptions at the most granular and detailed level available" (First RFPs, Request No.

21    9)—is complex, voluminous, and implicates personally identifiable information; and

22    The Parties are continuing to meet and confer regarding Apple's data productions,

23    including the possibility of providing structured data samples;

24    The Parties have conferred regarding the case schedule via email correspondence on

25    numerous occasions (including on November 21, December 3, December 4, and December 5,

26    2025) and held a meet and confer via videoconference on December 8, 2025.

27    **In support of this Stipulation, Plaintiffs state as follows:**

28    Any extension of the substantial completion deadline warrants a corresponding extension

LATHAM&WATKINSᴸᴸᴾ
ATTORNEYS AT LAW
SAN FRANCISCO

2

SECOND STIPULATION AND [PROPOSED] ORDER
TO AMEND CASE SCHEDULE
CASE NO. 5:24-cv-01270-EKL (VKD)

of other case deadlines so that the Parties have the same amount of time as the existing schedule contemplates to review and process the materials being produced for depositions, expert discovery, and dispositive motions.

**THEREFORE**, having met and conferred by videoconference, the Parties believe that a 60-day extension of the deadline for substantial completion of document production; a 90-day extension of the deadline for substantial completion of data production; and a 90-day extension of the remainder of the case schedule is warranted, and the Parties have agreed to the following deadlines:

| Event | Current Deadline (ECF Nos. 63, 81) | Proposed Deadline |
|---|---|---|
| Substantial completion of document production[1] | December 16, 2025 | February 16, 2026 |
| Substantial completion of data production[2] | December 16, 2025 | March 16, 2026 |
| Deadline to complete initial ADR session | January 14, 2026 | April 16, 2026 |
| Close of fact discovery | July 15, 2026 | October 13, 2026 |
| Apple's SOL MSJ | August 5, 2026 | November 4, 2026 |
| Plaintiffs' Opposition to Apple's SOL MSJ | September 2, 2026 | December 1, 2026 |
| Apple's Reply in support of SOL MSJ | September 23, 2026 | December 22, 2026 |
| Plaintiffs' Class Certification Mot. and Supporting Expert Report(s) | 4 weeks after order on Apple's SOL MSJ, if denied | [Unchanged] |

---

[1] For the avoidance of doubt, this substantial completion deadline does not apply to any documents ordered to be produced from the files of Steve Jobs or Eddy Cue (the subject of the Parties' pending dispute before Judge DeMarchi) or documents responsive to any requests for production that may be served after the filing of this stipulation.

[2] *See supra* n.1.

LATHAM&WATKINSLLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

SECOND STIPULATION AND [PROPOSED] ORDER
TO AMEND CASE SCHEDULE
CASE NO. 5:24-cv-01270-EKL (VKD)

| | | |
|---|---|---|
| Apple's Opposition to Plaintiffs' Class Certification Mot. and Supporting Expert Report(s) and any Motions to Exclude Plaintiffs' Supporting Expert Testimony | 8 weeks after the deadline for Plaintiffs' Class Certification Mot. and Supporting Expert Report(s) | [Unchanged] |
| Plaintiffs' Reply in Support of Class Certification Mot. and Rebuttal Expert Report(s) | 6 weeks after the deadline for Apple's Opposition to Plaintiffs' Class Certification Mot. and Supporting Expert Report(s) | [Unchanged] |
| Class Certification Hearing | 4 weeks after Plaintiffs' Reply in Support of Class Certification Mot. and Rebuttal Expert Report(s) | [Unchanged][3] |

The case schedule in this matter has been previously modified by an order extending the Parties' pleading deadlines (ECF No. 17); an order continuing the Parties' case management conference (ECF No. 21); an order modifying the deadlines for Plaintiffs' Amended Complaint and Apple's responses thereto (ECF No. 23); an order to extend the Parties' deadline to submit a stipulated protective order and ESI protocol (ECF No. 33); this Court's Case Management and Scheduling Order (ECF No. 63); an order to extend Apple's deadline to answer Plaintiffs' Second Amended Complaint (ECF No. 72); and an order modifying the briefing schedule and deadlines (ECF No. 81).

**IT IS SO STIPULATED.**

Dated: December 10, 2025

LATHAM & WATKINS LLP
By:  */s/ Alicia R. Jovais*
       Alicia R. Jovais

Belinda S Lee (Cal. Bar No. 199635)
 *belinda.lee@lw.com*
Sarah M. Ray (Cal. Bar No. 229670)
 *sarah.ray@lw.com*
Aaron T. Chiu (Cal. Bar No. 287788)

---

[3] If the Court is not inclined to enter this modified schedule, the Parties would appreciate an opportunity to further meet and confer to propose a schedule that is acceptable to the Court.

LATHAM&WATKINSLLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

SECOND STIPULATION AND [PROPOSED] ORDER
TO AMEND CASE SCHEDULE
CASE NO. 5:24-cv-01270-EKL (VKD)

| | |
|---|---|
| 1 | *aaron.chiu@lw.com*<br>Alicia R. Jovais (Cal. Bar No. 296172) |
| 2 | *alicia.jovais@lw.com*<br>505 Montgomery Street, Suite 2000 |
| 3 | San Francisco, California 94111-6538<br>Telephone: +1.415.391.0600 |
| 4 | |
| 5 | *Attorneys for Defendant Apple Inc.* |
| 6 | |
| 7 | Dated: December 10, 2025      HAGENS BERMAN SOBOL SHAPIRO LLP |

Dated: December 10, 2025

HAGENS BERMAN SOBOL SHAPIRO LLP

By */s/ Ben M. Harrington*
    Ben M. Harrington (SBN 313877)

Ben M. Harrington (SBN 313877)
Benjamin J. Siegel (SBN 256260)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
benh@hbsslaw.com
bens@hbsslaw.com

Steve. W. Berman (*pro hac vice*)
Robert F. Lopez (*pro hac vice*)
Catherine Y. N. Gannon (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
robl@hbsslaw.com
catherineg@hbsslaw.com

*Attorneys for Plaintiffs and the Proposed Class*

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

SECOND STIPULATION AND [PROPOSED] ORDER
TO AMEND CASE SCHEDULE
CASE NO. 5:24-cv-01270-EKL (VKD)

1

**ATTESTATION**

2

    I, Alicia R. Jovais, am the CM/ECF user whose ID and password are being used to file

3

the Parties' Second Stipulation and [Proposed] Order to Amend Case Schedule.  In compliance

4

with Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been

5

obtained from each of the other signatories.

6

7

Dated: December 10, 2025                         */s/ Alicia R. Jovais*

8

                                             Alicia R. Jovais

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

6

SECOND STIPULATION AND [PROPOSED] ORDER
TO AMEND CASE SCHEDULE
CASE NO. 5:24-cv-01270-EKL (VKD)

1

# [PROPOSED] ORDER

2        Having considered the Parties' stipulation, IT IS HEREBY ORDERED THAT the case

3   schedule is modified as follows:

4

5

| Event | Current Deadline (ECF Nos. 63, 81) | Proposed Deadline |
|---|---|---|
| Substantial completion of document production[1] | December 16, 2025 | February 16, 2026 |
| Substantial completion of data production[2] | December 16, 2025 | March 16, 2026 |
| Deadline to complete initial ADR session | January 14, 2026 | April 16, 2026 |
| Close of fact discovery | July 15, 2026 | October 13, 2026 |
| Apple's SOL MSJ | August 5, 2026 | November 4, 2026 |
| Plaintiffs' Opposition to Apple's SOL MSJ | September 2, 2026 | December 1, 2026 |
| Apple's Reply in support of SOL MSJ | September 23, 2026 | December 22, 2026 |
| Plaintiffs' Class Certification Mot. and Supporting Expert Report(s) | 4 weeks after order on Apple's SOL MSJ, if denied | [Unchanged] |
| Apple's Opposition to Plaintiffs' Class Certification Mot. and Supporting Expert Report(s) and any Motions to Exclude Plaintiffs' Supporting Expert Testimony | 8 weeks after the deadline for Plaintiffs' Class Certification Mot. and Supporting Expert Report(s) | [Unchanged] |

---

[1] For the avoidance of doubt, this substantial completion deadline does not apply to any documents ordered to be produced from the files of Steve Jobs or Eddy Cue (the subject of the Parties' pending dispute before Judge DeMarchi) or documents responsive to any requests for production that may be served after the filing of this stipulation.

[2] *See supra* n.1.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

7

SECOND STIPULATION AND [PROPOSED] ORDER
TO AMEND CASE SCHEDULE
CASE NO. 5:24-cv-01270-EKL (VKD)

| | | |
|---|---|---|
| Plaintiffs' Reply in Support of Class Certification Mot. and Rebuttal Expert Report(s) | 6 weeks after the deadline for Apple's Opposition to Plaintiffs' Class Certification Mot. and Supporting Expert Report(s) | [Unchanged] |
| Class Certification Hearing | 4 weeks after Plaintiffs' Reply in Support of Class Certification Mot. and Rebuttal Expert Report(s) | [Unchanged] |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

IT IS FURTHER ORDERED: The hearing on Apple's SOL MSJ is set for 1/27/2027 at 10am. The Court is not inclined to grant further requests to extend these deadlines.

DATED:  December 15, 2025

THE HONORABLE EUMI K. LEE
United States District Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

8

SECOND STIPULATION AND [PROPOSED] ORDER
TO AMEND CASE SCHEDULE
CASE NO. 5:24-cv-01270-EKL (VKD)