Ben M. Harrington (SBN 313877)
Benjamin J. Siegel (SBN 256260)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
benh@hbsslaw.com
bens@hbsslaw.com

*Attorneys for Plaintiffs and the Proposed Class*

*[Additional counsel on signature page]*

LATHAM & WATKINS LLP
  Belinda S Lee (SBN 199635)
  *belinda.lee@lw.com*
  Sarah M. Ray (SBN 229670)
  *sarah.ray@lw.com*
  Aaron T. Chiu (SBN 287788)
  *aaron.chiu@lw.com*
  Alicia R. Jovais (SBN 296172)
  *alicia.jovais@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: +1.415.391.0600

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| JULIANNA FELIX GAMBOA and THOMAS DOROBIALA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | CASE NO. 5:24-cv-01270-EKL<br><br>**AMENDED STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND ADR DEADLINE**<br><br>Judge: The Honorable Eumi K. Lee |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

AMENDED STIPULATION AND [~~PROPOSED~~]
ORDER TO EXTEND ADR DEADLINE
CASE NO. 5:24-cv-01270-EKL

Pursuant to the Court's April 27, 2026 Order (ECF No. 93) and Civil Local Rule 6-2, Plaintiffs Julianna Felix Gamboa and Thomas Dorobiala ("Plaintiffs") and Defendant Apple Inc. ("Apple") (together, the "Parties"), by and through their respective attorneys of record herein and without waiving any rights, claims, or defenses they have in this action, respectfully submit this Amended Stipulation to Extend ADR Deadline from April 16, 2026 to October 13, 2026.  In support of this Stipulation, the Parties state as follows:

On February 28, 2025, the Court entered a Case Management & Scheduling Order which set January 14, 2026 as the deadline to complete an initial ADR session (ECF No. 63);

On December 10, 2025, the Parties stipulated to extend the case schedule, including extending the initial ADR deadline from January 14, 2026 to April 16, 2026 (ECF No. 87);

On December 15, 2025, the Court issued an Order modifying the case schedule, including extending the initial ADR deadline from January 14, 2026 to April 16, 2026 (ECF No. 88);

On April 13, 2026, the Parties requested to continue the deadline to complete an initial ADR session from April 14, 2026 to January 22, 2027, on the basis that mediation would not be productive until after the completion of fact discovery (October 13, 2026) and summary judgment briefing on Apple's statute of limitations defense (December 22, 2026) (ECF No. 92);

On April 27, 2026, the Court denied the Parties' requested extension, finding that "the parties should have enough information about their claims and defenses to participate in an *initial* ADR session by no later than the October 13, 2026 close of fact discovery" (ECF No. 93);

The Parties therefore agree, subject to the Court's approval, to extend the deadline to complete an initial ADR session from April 14, 2026 to October 13, 2026;

This requested extension would not alter any other event or deadline already fixed by Court order; and

The case schedule in this matter has been previously modified by an order extending the Parties' pleading deadlines (ECF No. 17); an order continuing the Parties' case management conference (ECF No. 21); an order modifying the deadlines for Plaintiffs' Amended Complaint and Apple's response thereto (ECF No. 23); an order to extend the Parties' deadline to submit a stipulated protective order and ESI protocol (ECF No. 33); this Court's Case Management and

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

AMENDED STIPULATION AND [PROPOSED]
ORDER TO EXTEND ADR DEADLINE
CASE NO. 5:24-cv-01270-EKL

Scheduling Order (ECF No. 63); an order to extend Apple's deadline to answer Plaintiffs' Second Amended Complaint (ECF No. 72); an order entering a briefing schedule for Apple's SOL MSJ (ECF No. 81); and an order modifying the case schedule (ECF No. 88).

**IT IS SO STIPULATED.**

Dated: May 15, 2026

LATHAM & WATKINS LLP
By:  /s/ Alicia R. Jovais
    Alicia R. Jovais

Belinda S Lee (Cal. Bar No. 199635)
belinda.lee@lw.com
Sarah M. Ray (Cal. Bar No. 229670)
sarah.ray@lw.com
Aaron T. Chiu (Cal. Bar No. 287788)
aaron.chiu@lw.com
Alicia R. Jovais (Cal. Bar No. 296172)
alicia.jovais@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600

*Attorneys for Defendant Apple Inc.*

Dated: May 15, 2026

HAGENS BERMAN SOBOL SHAPIRO LLP
By /s/ Ben M. Harrington
    Ben M. Harrington (SBN 313877)

Ben M. Harrington (SBN 313877)
Benjamin J. Siegel (SBN 256260)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
benh@hbsslaw.com
bens@hbsslaw.com

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

AMENDED STIPULATION AND [PROPOSED]
ORDER TO EXTEND ADR DEADLINE
CASE NO. 5:24-cv-01270-EKL

Steve. W. Berman (*pro hac vice*)
Robert F. Lopez (*pro hac vice*)
Catherine Y. N. Gannon (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
robl@hbsslaw.com
catherineg@hbsslaw.com

*Attorneys for Plaintiffs and the Proposed Class*

LATHAM&WATKINSLLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

AMENDED STIPULATION AND [PROPOSED]
ORDER TO EXTEND ADR DEADLINE
CASE NO. 5:24-cv-01270-EKL

**ATTESTATION**

I, Alicia R. Jovais, am the CM/ECF user whose ID and password are being used to file the Parties' Amended Stipulation and [Proposed] Order to Extend ADR Deadline.  In compliance with Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: May 15, 2026                                         */s/ Alicia R. Jovais*
                                                                  _____
                                                                        Alicia R. Jovais

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

AMENDED STIPULATION AND [PROPOSED]
ORDER TO EXTEND ADR DEADLINE
CASE NO. 5:24-cv-01270-EKL

# ~~[PROPOSED]~~ ORDER

Having considered the Parties' stipulation, IT IS HEREBY ORDERED THAT the case schedule is modified as follows:

| Event | Current Deadline (ECF Nos. 63, 81, 88) | Proposed Deadline |
|---|---|---|
| Substantial completion of document production | February 16, 2026 | [Unchanged] |
| Substantial completion of data production | March 16, 2026 | [Unchanged] |
| **Deadline to complete initial ADR session** | **April 16, 2026** | **October 13, 2026** |
| Close of fact discovery | October 13, 2026 | [Unchanged] |
| Apple's SOL MSJ | November 4, 2026 | [Unchanged] |
| Plaintiffs' Opposition to Apple's SOL MSJ | December 1, 2026 | [Unchanged] |
| Apple's Reply in support of SOL MSJ | December 22, 2026 | [Unchanged] |
| Hearing on Apple's SOL MSJ | January 27, 2027 | [Unchanged] |
| Plaintiffs' Class Certification Mot. and Supporting Expert Report(s) | 4 weeks after order on Apple's SOL MSJ, if denied | [Unchanged] |
| Apple's Opposition to Plaintiffs' Class Certification Mot. and Supporting Expert Report(s) and any Motions to Exclude Plaintiffs' Supporting Expert Testimony | 8 weeks after the deadline for Plaintiffs' Class Certification Mot. and Supporting Expert Report(s) | [Unchanged] |
| Plaintiffs' Reply in Support of Class Certification Mot. and Rebuttal Expert Report(s) | 6 weeks after the deadline for Apple's Opposition to Plaintiffs' Class Certification Mot. and Supporting Expert Report(s) | [Unchanged] |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

AMENDED STIPULATION AND [~~PROPOSED~~]
ORDER TO EXTEND ADR DEADLINE
CASE NO. 5:24-cv-01270-EKL

| Class Certification Hearing | 4 weeks after Plaintiffs' Reply in Support of Class Certification Mot. and Rebuttal Expert Report(s) | [Unchanged] |
|---|---|---|

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED:    May 18, 2026

THE HONORABLE EUMI K. LEE
United States District Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

AMENDED STIPULATION AND [PROPOSED]
ORDER TO EXTEND ADR DEADLINE
CASE NO. 5:24-cv-01270-EKL