Ben M. Harrington (SBN 313877)
Benjamin J. Siegel (SBN 256260)
Eli R. Freedman (SBN 345432)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
benh@hbsslaw.com
bens@hbsslaw.com
eli.freedman@hbsslaw.com

Mark Vazquez (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4962
markv@hbsslaw.com

*Attorneys for Plaintiffs*

*[Additional counsel on signature page]*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| JULIANNA FELIX GAMBOA and THOMAS DOROBIALA, individually and behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Case No. 5:24-cv-01270-EKL <br><br> **PLAINTIFFS' STATEMENT IN RESPONSE TO DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER PLAINTIFFS' MATERIAL SHOULD BE SEALED PURSUANT TO LOCAL RULE 79-5(f)** <br><br> Judge: Hon. Eumi K. Lee |

Pursuant to Local Rule 79-5(f), Plaintiffs, as the Designating Party, respond to the materials Apple Inc., as the Filing Party, seek to seal.

It is a routine matter for courts to seal documents that contain confidential medical information. *See California Spine & Neurosurgery Inst. v. United Healthcare Ins. Co.*, 2021 WL 1146216, at *3 (N.D. Cal. Feb. 12, 2021) ("Courts have repeatedly concluded that the need to keep personal health information confidential outweighs the presumption in favor of public access to court records."); *Ortiz v. City & Cnty. of San Francisco*, 2020 WL 2793615, at *9 (N.D. Cal. May 29, 2020) (granting motion to seal medical information). Here, Plaintiffs must only demonstrate the documents they seek to seal meet a good cause standard. *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1179-80 (9th Cir. 2006) (holding that "good cause" is the standard for sealing attachments to non-dispositive motions, as opposed to the higher standard of "compelling reason" for dispositive motions). The below designated documents contain information about Ms. Gamboa's history of health struggles—information which is regularly found to meet or exceed the required good cause standard. *See California Spine*, 2021 WL 1146216, at *3 (holding patient health information exceeds the good cause standard because it is a compelling reason); *Ortiz*, 2020 WL 2793615, at *9 (same); *Stafford v. Rite Aid Corp.*, 2019 WL 3818015, at *1 (S.D. Cal. Aug. 14, 2019) (granting motion to seal health information); *United States v. Thompson*, 2021 WL 2324498, at *2 n.3 (D. Nev. June 7, 2021) (ruling medical records meet good cause for sealing). This Court should accordingly seal the information designated in Apple Inc.'s administrative motion.

Plaintiffs respectfully request that the following information designated in Apple Inc.'s administrative motion be sealed:

| ECF No. | Document | Portion(s) to Seal | Reason(s) for Sealing |
|---|---|---|---|
| 101 | Decl. of Aaron T. Chiu | Highlighted portions at page 4, line 5 | Contains sensitive information about Ms. Gamboa's past and ongoing health information. Ms. Gamboa fears it would invade her privacy to have this medical information publicly disclosed. ECF No. 97-2 ¶ 5. |
| 101-4 | Exhibit 4 | Highlighted portions at page 1, paragraph 2, after "to share" and before "For | Contains sensitive information about Ms. Gamboa's past and ongoing health information. Ms. Gamboa fears it would |

| | | | |
|---|---|---|---|
| | | understandable." | invade her privacy to have this medical information publicly disclosed. ECF No. 97-2 ¶ 5. |
| 101-11 | Exhibit 11 | Highlighted portions, page 1, paragraph 2, after "Ms. Gamboa" and before "Apple's gamesmanship"; page 1, footnote 1 after "Ms. Gamboa was" and before "The point." | Contains sensitive information about Ms. Gamboa's past and ongoing health information. Ms. Gamboa fears it would invade her privacy to have this medical information publicly disclosed. ECF No. 97-2 ¶ 5. |

DATED: May 19, 2026              Respectfully submitted,

/s/ Ben M. Harrington
Ben M. Harrington (SBN 313877)
Benjamin J. Siegel (SBN 256260)
Eli R. Freedman (SBN 345432)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
benh@hbsslaw.com
bens@hbsslaw.com
eli.freedman@hbsslaw.com

Mark Vazquez (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4962
markv@hbsslaw.com

*Attorneys for Plaintiffs*