UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JULIANNA FELIX GAMBOA and THOMAS DOROBIALA, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>APPLE INC.<br><br>    Defendant. | CASE NO. 5:24-cv-01270-EKL<br><br>**[PROPOSED] ORDER REGARDING DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER PLAINTIFFS' MATERIAL SHOULD BE SEALED PURSUANT TO LOCAL RULE 79-5(f)**<br><br>Judge: The Honorable Eumi K. Lee |

LATHAM&WATKINSLLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROP.] ORDER RE APPLE INC.'S ADMIN. MOT.
TO CONSIDER SEALING PLAINTIFFS' MATERIAL
CASE NO. 5:24-cv-01270-EKL

1

Pending before the Court is Defendant Apple Inc.'s ("Apple") Administrative Motion to Consider Whether Plaintiffs' Material Should be Sealed Pursuant to Local Rule 79-5(f) in connection with Apple's Opposition to Plaintiffs' Motion to Voluntarily Dismiss Julianna Felix Gamboa.  Having considered Apple's Administrative Motion, the papers submitted in support and response thereto, and good cause appearing:

**IT IS HEREBY ORDERED:**

| ECF No. | Document | Portion(s) to Seal | Granted/Denied |
|---|---|---|---|
| 101 | Decl. of Aaron T. Chiu | Highlighted portions at page 4, line 5 | Granted |
| 101-4 | Exhibit 4 | Highlighted portions at pg. 1, paragraph 2, after "to share" and before "For understandable." | Granted |
| 101-11 | Exhibit 11 | Highlighted portions, pg. 1, paragraph 2, after "Ms. Gamboa" and before "Apple's gamesmanship;" pg. 1, footnote 1 after "Ms. Gamboa was" and before "The point." | Granted |

**IT IS SO ORDERED.**

Dated:  ___June 1, 2026___

_____
THE HONORABLE EUMI K. LEE
United States Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROP.] ORDER RE APPLE INC.'S ADMIN. MOT.
TO CONSIDER SEALING PLAINTIFFS' MATERIAL
CASE NO. 5:24-cv-01270-EKL
2