United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JULIANNA FELIX GAMBOA, et al.,

Plaintiffs,

v.

APPLE INC.,

Defendant.

Case No. 24-cv-01270-EKL (VKD)

**ORDER SETTING DISCOVERY STATUS CONFERENCE**

The Court will hold a status conference on the progress of discovery on **September 8, 2026 at 1:30 p.m**. via Zoom video conference. That parties shall file a joint status report by **September 4, 2026**, stating specifically (1) what discovery remains to be completed before the October 13, 2026 close of fact discovery, and (2) the parties' agreed or respective plans for completing that discovery.

If there are specific disputes about discovery that has already been served, the joint report shall briefly identify the subject matter of the disputed discovery. The status report may not be used to argue discovery disputes.

**IT IS SO ORDERED.**

Dated: August 27, 2026

Virginia K. DeMarchi
United States Magistrate Judge