Ben M. Harrington (SBN 313877)
Benjamin J. Siegel (SBN 256260)
Eli R. Freedman (SBN 345432)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
benh@hbsslaw.com
bens@hbsslaw.com
eli.freedman@hbsslaw.com

Mark Vazquez (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4962
markv@hbsslaw.com

*Attorneys for Plaintiffs*

Belinda S Lee (SBN 199635)
Sarah M. Ray (SBN 229670)
Aaron T. Chiu (SBN 287788)
Alicia R. Jovais (SBN 296172)
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
belinda.lee@lw.com
sarah.ray@lw.com
aaron.chiu@lw.com
alicia.jovais@lw.com

*Attorneys for Defendant Apple Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

JULIANNA FELIX GAMBOA and THOMAS DOROBIALA, individually and behalf of all others similarly situated,

Plaintiffs,

v.

APPLE INC., a California corporation,

Defendant.

Case No. 5:24-cv-01270- EKL

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Judge: Hon. Eumi K. Lee

Plaintiff Julianna Felix Gamboa and Defendant Apple Inc. (collectively, the "Parties") by and through their undersigned counsel, hereby submit the following Stipulation of Dismissal with Prejudice (the "Stipulation").

In accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all of Plaintiff Julianna Felix Gamboa's asserted claims against Apple in the action shall be dismissed with prejudice, with each side bearing its own fees and costs. This Stipulation of Dismissal pertains only to Plaintiff Julianna Felix Gamboa.

DATED: August 27, 2026

Respectfully submitted,

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By *<u>/s/ Ben M. Harrington</u>*
Ben M. Harrington (SBN 313877)

Ben M. Harrington (SBN 313877)
Benjamin J. Siegel (SBN 256260)
Eli R. Freedman (SBN 345432)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
benh@hbsslaw.com
bens@hbsslaw.com
eli.freedman@hbsslaw.com

Mark Vazquez (*pro hac vice*)
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4962
markv@hbsslaw.com

*Attorneys for Plaintiffs Julianna Felix Gamboa and Thomas Dorobiala*

DATED: August 27, 2026

Respectfully submitted,

**LATHAM & WATKINS LLP**

By *<u>/s/ Alicia R. Jovais</u>*
Alicia R. Jovais (SBN 296172)

Belinda S Lee (SBN 199635)
Sarah M. Ray (SBN 229670)
Aaron T. Chiu (SBN 287788)
Alicia R. Jovais (SBN 296172)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
belinda.lee@lw.com
sarah.ray@lw.com
aaron.chiu@lw.com
alicia.jovais@lw.com

*Attorneys for Defendant Apple Inc.*

**SIGNATURE ATTESTATION**

I, Ben M. Harrington, am the CM/ECF user whose ID and password are being used to file this STIPULATION OF DISMISSAL WITH PREJUDICE. In compliance with Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

DATED: August 27, 2026

HAGENS BERMAN SOBOL SHAPIRO LLP

By *<u>/s/ Ben M. Harrington</u>*
Ben M. Harrington (SBN 313877)