Belinda S Lee (SBN 199635)
*belinda.lee@lw.com*
Sarah M. Ray (SBN 229670)
*sarah.ray@lw.com*
Aaron T. Chiu (SBN 287788)
*aaron.chiu@lw.com*
Alicia R. Jovais (SBN 296172)
*alicia.jovais@lw.com*
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: +1.415.391.0600

*Attorneys for Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

THOMAS DOROBIALA, individually and on behalf of all others similarly situated,

Plaintiff,

v.

APPLE INC.,

Defendant.

CASE NO. 5:24-cv-01270-EKL (VKD)

**DEFENDANT APPLE INC.'S NOTICE OF PLAINTIFF'S NON-OPPOSITION TO APPLE INC.'S MOTION FOR ISSUANCE OF A LETTER OF REQUEST**

Judge: The Honorable Virginia K. DeMarchi

TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant Apple Inc. ("Apple"), by and through its undersigned counsel of record, hereby notifies the Court and all parties that Plaintiff Thomas Dorobiala ("Plaintiff"), by and through his undersigned counsel of record, did not file a timely opposition to Apple's Motion for Issuance of a Letter of Request to Samsung Electronics Company, Ltd. in the Republic of Korea (ECF No. 123) (the "Motion"), filed on August 31, 2026.

Apple's Motion seeks issuance of a Letter of Request pursuant to the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, March 18, 1970, 23 U.S.T. 2555, T.I.A.S. No. 7444, and 28 U.S.C. § 1781, directed to the National Court Administration of the Supreme Court of the Republic of Korea, to obtain documents from non-party Samsung Electronics Company, Ltd. ("SEC"). During the Discovery Status Conference on September 8, 2026, this Court indicated that, if Plaintiff did not file an opposition to Apple's Motion, the Court would "act on [the Motion] when it's ripe." Sept. 8, 2026 Hr'g Tr. 28:6-29:15. As of the date of this filing, Plaintiff has not filed a timely opposition to Apple's Motion. Apple therefore respectfully requests that the Court grant the unopposed Motion, issue the proposed Letter of Request, and take off calendar the hearing scheduled for October 27, 2026.

Dated: September 28, 2026

Respectfully submitted,

By: */s/ Alicia R. Jovais*
Alicia R. Jovais (SBN 296172)

Belinda S Lee (SBN 199635)
*belinda.lee@lw.com*
Sarah M. Ray (SBN 229670)
*sarah.ray@lw.com*
Aaron T. Chiu (SBN 287788)
*aaron.chiu@lw.com*
Alicia R. Jovais (SBN 296172)
*alicia.jovais@lw.com*
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600

*Attorneys for Defendant Apple Inc.*