United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

THOMAS DOROBIALA,

Plaintiff,

v.

APPLE INC.,

Defendant.

Case No. 24-cv-01270-EKL (VKD)

**ORDER DIRECTING PLAINTIFF TO DELIVER CHAMBERS COPY OF OCTOBER 9, 2026 DISCOVERY LETTER**

Re: Dkt. No. 151

The Court's Standing Order for Civil Cases requires parties to deliver chambers copies of filings "no later than the close of the next court day following the day that the paper was electronically filed." Additionally, "[c]hambers copies must be double-sided and 3-hole punched along the left margin of the paper," "marked with the notation 'Chambers Copy' and submitted to the Clerk's Office in an envelope marked with the case name, case number, and the words 'Magistrate Judge DeMarchi Chambers Copies.'"

The Court has not yet received a chambers copy of the October 9, 2026 discovery letter brief and exhibits (Dkt. No. 151) filed by plaintiff. By **4:00 p.m. on October 14, 2026**, plaintiff shall deliver a chambers copy of that filing in accordance with this Court's Standing Order for Civil Cases.

**IT IS SO ORDERED.**

Dated: October 14, 2026

Virginia K. DeMarchi
United States Magistrate Judge