UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

THOMAS DOROBIALA,

Plaintiff,

v.

APPLE INC.,

Defendant.

Case No. 24-cv-01270-EKL (VKD)

**ORDER DENYING WITHOUT PREJUDICE PROPOSED STIPULATED PROTECTIVE ORDER RE SOURCE CODE**

Re: Dkt. No. 152

The parties filed a stipulation and proposed protective order regarding the "Review, Production, and Handling of Source Code." Dkt. No. 152. The Court is not inclined to enter the proposed order as drafted, as the proposed order would require the Court to return or destroy materials that are made part of the Court's records. *See id.* ¶¶ 9(b), 15, 18; *see also Foltz v. State Farm Mut. Auto. Ins. Co.,* 331 F.3d 1122, 1128 n.2 (9th Cir. 2003).

The Court denies without prejudice the parties' stipulated request for entry of their proposed protective order. The parties shall submit a revised proposed protective order that addresses the concerns noted above by **October 26, 2026**.

**IT IS SO ORDERED.**

Dated: October 19, 2026

Virginia K. DeMarchi
United States Magistrate Judge

United States District Court
Northern District of California