Ben M. Harrington (SBN 313877)
Benjamin J. Siegel (SBN 256260)
Eli Freedman (SBN 345432)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
benh@hbsslaw.com
bens@hbsslaw.com
eli.freedman@hbsslaw.com

Mark Vazquez (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4962
markv@hbsslaw.com

*Attorneys for Plaintiff*

Belinda S Lee (Cal. Bar No. 199635)
Sarah M. Ray (Cal. Bar No. 229670)
Aaron T. Chiu (Cal. Bar No. 287788)
Alicia R. Jovais (Cal. Bar No. 296172)
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
belinda.lee@lw.com
sarah.ray@lw.com
aaron.chiu@lw.com
alicia.jovais@lw.com

*Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

THOMAS DOROBIALA, individually and on behalf of all others similarly situated,

Plaintiff,

v.

APPLE INC.,

Defendant.

Case No. 5:24-cv-01270-EKL (VKD)

**STIPULATION AND [~~PROPOSED~~] ORDER TO AMEND CASE SCHEDULE TO PERMIT DEPOSITION OF NON-PARTY GOOGLE LLC AUTHORIZED BY JUDGE DEMARCHI**

Pursuant to Judge DeMarchi's October 20, 2026 Order (ECF No. 155) and Civil Local Rule 6-2, Plaintiff Thomas Dorobiala ("Plaintiff") and Defendant Apple Inc. ("Apple") (together, the "Parties"), by and through their respective attorneys of record herein and without waiving any rights, claims, or defenses they have in this action, respectfully submit this Stipulation and [Proposed] Order to Amend Case Schedule to Permit Deposition of Non-Party Google LLC Authorized by Judge DeMarchi. In support of this Stipulation, the Parties state as follows:

WHEREAS, on February 28, 2025, the Court entered a Case Management & Scheduling Order which set July 15, 2026 as the deadline for the close of fact discovery. *See* ECF No. 63.

WHEREAS, on December 15, 2025, the Court issued an Order modifying the case schedule, including extending the deadline for the close of fact discovery from July 15, 2026 to October 13, 2026. *See* ECF No. 88.

WHEREAS, on August 31, 2026, Plaintiff served a deposition subpoena on non-party Google LLC ("Google") and, despite extensive efforts, Plaintiff and Google were unable to resolve disputes related to the permissibility and scope of the deposition.

WHEREAS, by Order dated October 8, 2026, this Court authorized the Parties to bring discovery disputes related to several enumerated topics, including deposition subpoenas served on Google, by October 20, 2026. *See* ECF No. 145 at 4.

WHEREAS, on October 9, 2026, the Parties filed a joint discovery letter regarding Plaintiff's Rule 30(b)(6) deposition subpoena to Google. *See* ECF No. 151.

WHEREAS, Judge DeMarchi issued a written Order on October 20, 2026 compelling Google to produce a Rule 30(b)(6) designee to testify on Topics 2, 3, 4, and 6 of Plaintiff's subpoena, subject to certain limitations addressed in the Order. *See* ECF No. 155.

WHEREAS, Plaintiff requires no more than 3.5 hours for Google's deposition on these court-approved topics. *See* ECF No. 151 at 3; ECF No. 155 at 2.

WHEREAS, Judge DeMarchi further granted Apple's request to examine Google for up to 3 hours on these court-approved topics. *See* ECF No. 155 at 8.

WHEREAS, Judge DeMarchi ordered that any deposition of Google be conducted no later than November 10, 2026. *See id.* at 9.

WHEREAS, Judge DeMarchi directed Plaintiff and Apple to submit, no later than October 23, 2026, a stipulated request to this Court to extend the October 13, 2026 fact discovery cut-off for the sole purpose of conducting the so-authorized deposition of Google. *See id.* at 9.

WHEREAS, this requested extension would not alter any other event or deadline already fixed by Court order.

WHEREAS, the case schedule in this matter has been previously modified by an order extending the Parties' pleading deadlines (ECF No. 17); an order continuing the Parties' case management conference (ECF No. 21); an order modifying the deadlines for Plaintiffs' Amended Complaint and Apple's response thereto (ECF No. 23); an order to extend the Parties' deadline to submit a stipulated protective order and ESI protocol (ECF No. 33); this Court's Case Management and Scheduling Order (ECF No. 63); an order to extend Apple's deadline to answer Plaintiffs' Second Amended Complaint (ECF No. 72); an order entering a briefing schedule for Apple's motion for summary judgment on the statute of limitations (ECF No. 81); an order modifying the case schedule (ECF No. 88); an order extending the deadline to complete an initial ADR session (ECF No. 105); and an order amending the Court's standing order for civil cases as applied to this case (ECF No. 145).

THEREFORE, for the good cause set forth above, the Parties, through their respective counsel, HEREBY STIPULATE AND JOINTLY REQUEST that the Court enter the accompanying [Proposed] Order modifying the October 13, 2026 fact discovery cut-off for the sole purpose of permitting the deposition of non-party Google to occur no later than November 10, 2026, as authorized by Judge DeMarchi's October 20, 2026 Order (ECF No. 155).

**IT IS SO STIPULATED.**

DATED: October 23, 2026

Respectfully submitted,

*/s/ Ben M. Harrington*

Ben M. Harrington (SBN 313877)
Benjamin J. Siegel (SBN 256260)
Eli Freedman (SBN 345432)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
benh@hbsslaw.com
bens@hbsslaw.com
eli.freedman@hbsslaw.com

Mark Vazquez (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4962
markv@hbsslaw.com

*Attorneys for Plaintiff*

DATED: October 23, 2026

Respectfully submitted,

*/s/ Aaron T. Chiu*

Belinda S Lee (Cal. Bar No. 199635)
Sarah M. Ray (Cal. Bar No. 229670)
Aaron T. Chiu (Cal. Bar No. 287788)
Alicia R. Jovais (Cal. Bar No. 296172)
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
belinda.lee@lw.com
sarah.ray@lw.com
aaron.chiu@lw.com
alicia.jovais@lw.com

*Attorneys for Defendant Apple Inc.*

**ATTESTATION**

I, Ben M. Harrington, am the CM/ECF user whose ID and password are being used to file the Parties' Stipulation and [Proposed] Order to Amend Case Schedule. In compliance with Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

DATED: October 23, 2026 *<u>/s/ Ben M. Harrington</u>*

**[~~PROPOSED~~] ORDER**

Having considered the Parties' stipulation, IT IS HEREBY ORDERED THAT the October 13, 2026 fact discovery cut-off is modified for the sole purpose of permitting the deposition of non-party Google to occur no later than November 10, 2026, as authorized by Judge DeMarchi's October 20, 2026 Order (ECF No. 155). PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: October 23, 2026

THE HONORABLE EUMI K. LEE
United States District Judge