UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

THOMAS DOROBIALA,

Plaintiff,

v.

APPLE INC.,

Defendant.

Case No. 24-cv-01270-EKL (VKD)

**ORDER FOLLOWING NOVEMBER 3, 2026 DISCOVERY HEARING**

Re: Dkt. Nos. 157, 159

On November 3, 2026, the Court held a hearing regarding the parties' October 20, 2026 discovery dispute letter briefs, Dkt. Nos. 157 and 159. As discussed at the hearing, by **noon on November 9, 2026**:

1. The parties shall file a stipulation regarding when and how Apple will amend its response to plaintiff's Interrogatory No. 7, consistent with the discussion at the hearing, limited to first-party applications and to the period from January 1, 2020 to the present, and including the addition of a column to the chart in Apple's existing response to plaintiff's Interrogatory No. 1 addressing third-party cloud storage.
2. Apple shall file a supplemental statement describing the effort that would be required to produce documents and/or data responsive to plaintiff's Request for Production No. 11, with respect to two fields in Apple's third-party user engagement analytics data—"active devices and sessions" and "retention rate"—as to the twenty or so third-party storage applications in use since January 1, 2020. If the effort differs depending on the time period or the third-party developer in question, Apple shall so state. Apple may, if it chooses, file a declaration in support of its supplemental statement, but Apple is

United States District Court
Northern District of California

not required to do so.

**IT IS SO ORDERED.**

Dated: November 3, 2026

Virginia K. DeMarchi
United States Magistrate Judge

United States District Court
Northern District of California