Ben M. Harrington (SBN 313877)
Benjamin J. Siegel (SBN 256260)
Eli R. Freedman (SBN 345432)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
benh@hbsslaw.com
bens@hbsslaw.com
eli.freedman@hbsslaw.com

Mark Vazquez (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4962
markv@hbsslaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| THOMAS DOROBIALA, individually and behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Case No. 5:24-cv-01270-EKL<br><br>**PLAINTIFFS' RULE 79-5 STATEMENT IN RESPONSE TO DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER PLAINTIFF'S MATERIAL SHOULD BE SEALED**<br><br>[Re: Dkt. No. 176] |

Pursuant to Civil Local Rule 79-5(f)(3), Plaintiff Thomas Dorobiala ("Plaintiff") respectfully submits this statement in response to Defendant Apple Inc.'s ("Apple") Administrative Motion to Consider Whether Plaintiff's Material Should Be Sealed (Dkt. No. 176) (the "Administrative Motion").

On November 4, 2026, Apple filed the Administrative Motion pursuant to Civil Local Rules 7-11 and 79-5(f), seeking to provisionally file under seal Exhibit 16 to the Declaration of Aaron T. Chiu in Support of Apple's Motion for Summary Judgment on Statute of Limitations and Laches. Exhibit 16 contains excerpts of the transcript of Plaintiff's deposition taken on October 13, 2026 in this action. Plaintiff, as the party whose material is at issue, hereby notifies the Court that Plaintiff does not seek to maintain Exhibit 16 under seal. Accordingly, Plaintiff has no objection to Exhibit 16 being filed in the public record.

DATED: November 6, 2026

Respectfully submitted,

*<u>/s/ Ben M. Harrington</u>*

Ben M. Harrington (SBN 313877)
Benjamin J. Siegel (SBN 256260)
Eli R. Freedman (SBN 345432)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
benh@hbsslaw.com
bens@hbsslaw.com
eli.freedman@hbsslaw.com

Mark Vazquez (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4962
markv@hbsslaw.com

*Attorneys for Plaintiffs*