United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

THOMAS DOROBIALA,

Plaintiff,

v.

APPLE INC.,

Defendant.

Case No. 24-cv-01270-EKL (VKD)

**ORDER RE OCTOBER 20, 2026 DISCOVERY LETTER RE PLAINTIFF'S INTERROGATORIES**

Re: Dkt. Nos. 156, 157

On October 20, 2026, the parties filed a discovery letter brief regarding a dispute about plaintiff's Interrogatory Nos. 7-9 and 11. Dkt. No. 157.[1] For reasons discussed at the November 3, 2026 hearing, that dispute has been largely resolved through the subsequent stipulation and order regarding Apple's amended responses to Interrogatory Nos. 1 and 7. Dkt. No. 186. Plaintiff's request for an order compelling Apple to serve supplemental responses to Interrogatory Nos. 8, 9, and 11 is denied, in view of the discussion at the hearing. *See* Dkt. No. 180 at 41:1-15.

//

[1] Plaintiff moves to seal Exhibit B to the discovery letter, in its entirety, stating that the exhibit contains information Apple designated as confidential or highly confidential. Dkt. No. 156. In its statement re sealing, Apple narrows the scope of the contents of Exhibit B for which Apple says sealing is warranted. Dkt. No. 165. Apple says that the subject information "[r]eflects competitively sensitive information," including "coding and design decisions related to backup and the backup domain configuration files over time," "iCloud architecture," "product-design strategy," and "data optimization practices." *Id.* As plaintiff's sealing motion relates to a discovery matter, the good cause standard applies. *Ctr. for Auto Safety v. Chrysler Group, LLC*, 809 F.3d 1092, 1098-99 (9th Cir.), *cert. denied sub nom FCA U.S. LLC v. Ctr. for Auto Safety*, 580 U.S. 815 (2016); *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1179-80 (9th Cir. 2006). Good cause appearing, the Court grants plaintiff's sealing motion, as narrowed by Apple. By November 23, 2026, plaintiff shall file a revised redacted version of Exhibit B to the October 20, 2026 discovery letter.

United States District Court
Northern District of California

**IT IS SO ORDERED.**

Dated: November 12, 2026

VIRGINIA K. DEMARCHI
United States Magistrate Judge